UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY



RECEIVED
OCT 05 2009
AT 8:30_____M
WILLIAM T. WALSH
CLERK

| | |
|---|---|
| ANDREW DEDONA<br>Petitioner<br><br>v.<br><br>UNITED STATES OF AMERICA<br>Respondent | §<br>§<br>§<br>§  C.A. No. 08-2046<br>§<br>§<br>§<br>§  3:06-cr-00485-MLC |

## REQUEST TO TAKE JUDICIAL NOTICE OF STANDARDS OF LAW

Petitioner comes now and moves this court take judicial notice of standards of law related to this case. The Supreme Court has repeatedly advised the lower courts not to attempt to overturn Supreme Court precedent. Petitioner incorporates his prior filings, by reference. Petitioner requests the court to take judicial notice pursuant to F.R.E. 201.

1. Petitioner requests the court to take judicial notice pursuant to F.R.E. 201 of the evidence presented by Petitioner that Petitioner's docket sheet was altered and motions filed by Petitioner were intentionally docketed after rulings by this court, even though they were filed months earlier, in direct violation of Due Process and court rules. The evidence was on Petitioner's docket sheet. It is quite possible the court altered the docket sheet by now.

2. Petitioner requests the court to take mandatory judicial notice that in a prior case previously cited by Petitioner, Mashni v. United States, that the docket sheet was intentionally altered and a fake hearing was held in order to deny the Petitioner relief.

3. Petitioner requests the court to take mandatory judicial notice that in the current case, the grand jury records were held by the Prosecutor's office, in direct violation of Supreme Court precedent and the Constitutional authority and the intent of the Framers of the Constitution.

4. Petitioner requests the court to take mandatory judicial notice that no quorum was in place on May 12, 1947 when the House of Representatives voted on Public Law 80-772, and that was the only vote by the House of Representatives in the first session of the 80th Congress in 1947.

5. Petitioner requests the court to take mandatory judicial notice that the House of Representatives did not vote on Public Law 80-772 in the second session of the 80th Congress in 1948.

6. Petitioner requests the court to take judicial notice of the legal authority from the Constitution of the United States and the Supreme Court regarding the quorum requirement to pass legislation and the requirement for both Houses of Congress to vote on legislation to make it valid.

7. Petitioner requests the court to take judicial notice that the prior enactment of the criminal code, 18 USC section 546 (1940) was repealed in 1948.

8. Petitioner requests the court to take judicial notice that the government intentionally concealed classified records in this case, in violation of

        the Classified Information Procedures Act, 18 USC App. 3, and in violation of the Due Process Clause of the Constitution, the Fifth Amendment.

9. Petitioner requests the court to take judicial notice of the legal authority from statute and the Supreme Court which states that when Due Process is violated by the government, jurisdiction ceases.

10. Petitioner requests the court to take judicial notice of the salaries and benefits of the U.S. attorneys in this case, which establish as a matter of fact they received financial benefits for obtaining a conviction in this case, and that court authority admits that fact.

11. Petitioner requests the court to take judicial notice, supported by ample authority, that the refusal of the Court to make findings of specific facts and conclusions of law on those facts on Petitioner's filings, is a denial of Due Process and a denial of his right to appeal.

Petitioner has established in his verified filings as a matter of law that he is legally and factually innocent of the alleged crimes charged by the government, and that he has been serving illegal time related to those charges.

*Andrew DeDona III* (signature)
Andrew Dedona

Reg. No. 26974-050
FCI Fort Dix
P.O. Box 2000
Ft. Dix, N.J. 08640

## CERTIFICATE OF SERVICE

On this the <u>Second</u> day of September, 2009, a true and correct copy of the foregoing was served on the U.S. Attorney for the District of New Jersey, by first class mail, postage prepaid.

_Andrew DeDona III_
Andrew Dedona

4



USPS Express Mail label.

FROM: Andrew DeLuca, 26994 RD, F&L, PO Box 2000, Fairton NJ 08320

TO: District Court, 402 E State St, Trenton NJ 08608

Postage $13.05, Baldwin Place NY, Oct 03 '09